# ENVIRONMENTAL SAFETY CONSULTANTS, INC.,
Appellant,

v.

Gale A. NORTON, Secretary of the Interior, Appellee.

No. 04–1061.

United States Court of Appeals, Federal Circuit.

Dec. 30, 2003.

## ORDER

The Secretary of the Interior moves to dismiss Environmental Safety Consultants, Inc.'s (ESC) appeal for failure to comply with Fed. Cir. R. 47.3. ESC has not responded.

The court also notes that ESC has failed to timely pay the filing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.